L. P. MARRON & COMPANY, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF MAHWAH, DEFENDANT-PETITIONER.

*Mr. John Warhol, Jr.,* and *Mr. John Frank, Jr.,* for the petitioner.

*Messrs. Heller & Laiks* for the respondent.

June 29, 1962.   Granted.

ROCCO CALDARO *ET AL.,* PLAINTIFFS-RESPONDENTS, v. MARTIN J. FERBER, DEFENDANT-PETITIONER.

See same case below:   74 *N. J. Super.* 128.

*Mr. Abram A. Lebson* for the petitioner.

*Messrs. McGlynn, Stein & McGlynn* for the respondent.

June 29, 1962.   Granted.